

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

June 18, 2013

TRANSMITTAL OF NOTICE OF APPEAL FILED BY COUNSEL

SEE NOTICE OF ELECTRONIC FILING

**RE:** Niemi v. Burgess

District Court Case No.: 12-cv-00869-RBJ
Filed by: Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer
Filed on: 6/17/13
Fee Status: Fee paid
Type of Counsel: Retained counsel
Other Pending Appeals: 12-1233

Attached are the following documents for the parties in connection with the notice of appeal and a copy of the docket sheet.

The parties are directed to the U.S. Court of Appeals for the 10th Circuit website (http://www.ca10.uscourts.gov) to obtain any necessary forms, such as the Transcript Order Form, Docketing Statement or Designation of Record. Instructions for ordering transcripts are attached.

JEFFREY P. COLWELL, CLERK

by  s/ M. Fredrickson
Deputy Clerk

cc:     Clerk, U.S. Court of Appeals for the Tenth Circuit with the preliminary record

**INSTRUCTIONS FOR ORDERING TRANSCRIPTS:**

Please review the enclosed docket sheet and locate the docket entry for the minutes of the proceedings you wish to have transcribed.  In the entry will be either:
- the name of the court reporter, or
-"FTR" (meaning the proceeding was digitally recorded before either a District Court Judge or a Magistrate Judge).

If a name of a court reporter appears, please contact that reporter directly to make arrangements for the preparation of the transcript.  The names, addresses and phone numbers for the court reporters and some of the contract reporters are on the attached sheet.

If the proceeding was before a District Court Judge (other than Judge Richard P. Matsch) and was recorded by an E.C.R. operator or FTR, please contact Federal Reporting Service.  Their address and phone number are on the attached list.

If the proceeding was before Judge Richard P. Matsch please contact Kathy Terasaki. Her phone number is on the attached list.

If the proceeding was held before a Magistrate Judge Please contact Avery Woods Reporting Service.  Their address and phone numbers are on the attached list.

**COURT REPORTERS**
Suzanne Claar
3629 E. Phillips Ave.
Centennial, CO 80122
303-770-4794

Paul Zuckerman
303-629-9285

Gwen Daniel
303-571-4084

Therese Lindblom
303-628-7877

Kara Spitler
303-623-3080

Janet Coppock (fka Morrissey)
303-893-2835

Darlene Martinez
303-296-2008

Tracy Weir
303-298-1207

Tamara Hoffschildt
303-292-1088

**FTR OPERATOR**
Kathy Terasaki
FTR Operator - (FTR-RPM)
303-335-2095

**DISTRICT COURT JUDGE - DIGITAL FTR**
Federal Reporting Service, Inc.
17454 East Asbury Place
Aurora, CO 80013
303-751-2777

**MAGISTRATE JUDGE - DIGITAL - FTR**
Avery Woods Reporting Service, Inc.
455 Sherman Street, Suite 250
Denver, CO 80203
303-825-6119

**OTHER COURT REPORTERS**
Adrienne Whitlow
15400 Winding Moss Dr.
Houston, TX 77068
303-668-6887

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:12–cv–00869–RBJ

Niemi et al v. Burgess et al
Assigned to: Judge R. Brooke Jackson
Case in other court:  USCA, 12–01233
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 04/04/2012
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**John Niemi**                                represented by     **Christopher William Madel**
Robins, Kaplan, Miller &Ciresi, LLP–Minneapolis
800 LaSalle Avenue
LaSalle Plaza
Suite 2800
Minneapolis, MN 55402–2015
612–349–8703
Fax: 612–339–4181
Email: cwmadel@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Schrero**
Robins, Kaplan, Miller &Ciresi, LLP–Minneapolis
800 LaSalle Avenue
LaSalle Plaza
#2800
Minneapolis, MN 55402–2015
612–349–8500
Fax: 612–339–4181
Email: leschrero@rkmc.com
*TERMINATED: 08/17/2012*
*LEAD ATTORNEY*

**Robert Nolen Miller**
Perkins Coie LLP–Denver
1900 16th Street
#1400
Denver, CO 80202–5255
303–291–2300
Fax: 303–291–2400
Email: rmiller@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron R. Thom**
Robins, Kaplan, Miller &Ciresi, LLP–Minneapolis
800 LaSalle Avenue
LaSalle Plaza
Suite 2800
Minneapolis, MN 55402–2015
612–349–8500
Fax: 612–339–4181
Email: arthom@rkmc.com
*ATTORNEY TO BE NOTICED*

**Stephanie Erin Dunn**
Colorado Court of Appeals

2 East 14th Avenue
#300
Denver, CO 80203–2116
720–655–5235
Fax: 303–291–2400
Email: stephanie.dunn@judicial.state.co.us
*TERMINATED: 11/07/2012*

**Plaintiff**

**Robert Naegele, III**                          represented by   **Christopher William Madel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Schrero**
(See above for address)
*TERMINATED: 08/17/2012*
*LEAD ATTORNEY*

**Robert Nolen Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron R. Thom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Erin Dunn**
(See above for address)
*TERMINATED: 11/07/2012*

**Plaintiff**

**Jesper Parnevik**                          represented by   **Christopher William Madel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Schrero**
(See above for address)
*TERMINATED: 08/17/2012*
*LEAD ATTORNEY*

**Robert Nolen Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron R. Thom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Erin Dunn**
(See above for address)
*TERMINATED: 11/07/2012*

V.

**Defendant**

**Michael Frank Burgess**                          represented by   **Kevin D. Evans**
Steese, Evans &Frankel, PC–Denver
6400 South Fiddlers Green Circle

#1820
Denver, CO 80111
720–200–0676
Fax: 720–200–0679
Email: kdevans@s–elaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erwin Lasshofer**                  represented by   **Jaasi Jared Munanka**
*TERMINATED: 06/11/2013*                              Hogan Lovells US LLP–Denver
                                                      1200 Seventeenth Street
                                                      One Tabor Center
                                                      #1500
                                                      Denver, CO 80202
                                                      303–899–7381
                                                      Fax: 303–899–7333
                                                      Email: jaasi.munanka@hoganlovells.com
                                                      *TERMINATED: 07/29/2012*
                                                      *LEAD ATTORNEY*

                                                      **Kevin D. Evans**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael Paul Kelly**
                                                      Hogan Lovells US LLP–DC
                                                      555 13th Street, N.W.
                                                      Columbia Square
                                                      #1300
                                                      Washington, DC 20004–1109
                                                      202–637–5600
                                                      Fax: 202–637–5910
                                                      Email: michael.kelly@hoganlovells.com
                                                      *TERMINATED: 07/29/2012*

**Defendant**

**Innovatis GMBH**                   represented by   **Jaasi Jared Munanka**
*TERMINATED: 06/11/2013*                              (See above for address)
                                                      *TERMINATED: 07/29/2012*
                                                      *LEAD ATTORNEY*

                                                      **Kevin D. Evans**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael Paul Kelly**
                                                      (See above for address)
                                                      *TERMINATED: 07/29/2012*

**Defendant**

**Innovatis Immobilien GMBH**        represented by   **Jaasi Jared Munanka**
*TERMINATED: 06/11/2013*                              (See above for address)
                                                      *TERMINATED: 07/29/2012*
                                                      *LEAD ATTORNEY*

                                                      **Kevin D. Evans**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael Paul Kelly**
                                                      (See above for address)
                                                      *TERMINATED: 07/29/2012*

**Defendant**

**Innovatis Asset Management SA**
*TERMINATED: 06/11/2013*

represented by **Jaasi Jared Munanka**
(See above for address)
*TERMINATED: 07/29/2012*
*LEAD ATTORNEY*

**Kevin D. Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Kelly**
(See above for address)
*TERMINATED: 07/29/2012*

**Defendant**

**Lexington Capital &Property Investments, LLC**

represented by **Kevin D. Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barry Funt**

represented by **Kevin D. Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisse AG**

represented by **Jeffrey H. McClelland**
Bennington Johnson Biermann &Craigmile, LLC
370 17th Street
#3500
Denver, CO 80202
303−629−5200
Fax: 303−629−5718
Email: jmc@benningtonjohnson.com
*ATTORNEY TO BE NOTICED*

**Julie Anne North**
Cravath, Swaine &Moore LLP
825 Eighth Avenue
39th Floor
New York, NY 10019−7475
212−474−1000
Fax: 212−474−3700
Email: jnorth@cravath.com
*ATTORNEY TO BE NOTICED*

**Justine Victoria Beyda**
Cravath, Swaine &Moore LLP
825 Eighth Avenue
39th Floor
New York, NY 10019−7475
212−474−1000
Fax: 212−474−3700
Email: jbeyda@cravath.com
*ATTORNEY TO BE NOTICED*

**Kathleen E. Craigmile**
Bennington, Johnson, Biermann &Craigmile, LLC
370 17th Street
#3500
Denver, CO 80202

303–629–5200
Fax: 303–629–5718
Email: kec@benningtonjohnson.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2012 | 1 | COMPLAINT against Michael Frank Burgess, Barry Funt, Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer, Lexington Capital &Property Investments, LLC Filing Fee: 350 Receipt Number:46740, filed by Jesper Parnevik, Robert Naegele, III, John Niemi. (Attachments: # 1 Civil Cover Sheet)(johar, ) (Entered: 04/04/2012) |
| 04/04/2012 | 2 | MOTION for Leave to Restrict Case by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order (PDF Only))(johar, ) Modified on 4/6/2012 to place the motion at a Level 2 Restriction, pursuant to request by chambers (sahsl, ). (Entered: 04/04/2012) |
| 04/04/2012 | 3 | Case assigned to Judge R. Brooke Jackson and drawn to Magistrate Judge Michael J. Watanabe. Text Only Entry (johar, ) (Entered: 04/04/2012) |
| 04/04/2012 | 4 | SUMMONS issued by Clerk. Magistrate Judge Consent Form attached. (Attachments: # 1 Magistrate Judge Consent Form) (johar, ) (Entered: 04/04/2012) |
| 04/05/2012 | 5 | ORDER granting 2 Motion to Temporarily Restrict Documents and Proceeding, by Judge R. Brooke Jackson on 4/5/12.(gmssl, ) Modified on 4/6/2012 to place the motion at a Level 2 Restriction, pursuant to request by chambers(sahsl, ). (Entered: 04/05/2012) |
| 04/05/2012 | 6 | RESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Attachments: # 1 Restricted Attachment Declaration of L. Schrero in Support of Motion for Temporary Restraining Order, # 2 Restricted Attachment Ex. 1 to Schrero Declaration, # 3 Restricted Attachment Ex. 2 to Schrero Declaration, # 4 Restricted Attachment Ex. 3 to Schrero Declaration, # 5 Restricted Attachment Ex. 4 to Schrero Declaration, # 6 Restricted Attachment Ex. 5 to Schrero Declaration, # 7 Restricted Attachment Ex. 6 to Schrero Declaration, # 8 Restricted Attachment Ex. 7 to Schrero Declaration, # 9 Restricted Attachment Ex. 8 to Schrero Declaration, # 10 Restricted Attachment Ex. 9 to Schrero Declaration, # 11 Restricted Attachment Ex. 10 to Schrero Declaration, # 12 Restricted Attachment Ex. 11 to Schrero Declaration, # 13 Restricted Attachment Ex. 12 to Schrero Declaration, # 14 Restricted Attachment Ex. 13 to Schrero Declaration, # 15 Restricted Attachment Ex. 14 to Schrero Declaration, # 16 Restricted Attachment Ex. 15 to Schrero Declaration, # 17 Restricted Attachment Ex. 16 to Schrero Declaration, # 18 Restricted Attachment Ex. 17 to Schrero Declaration, # 19 Restricted Attachment Ex. 18 to Schrero Declaration, # 20 Restricted Attachment Ex. 19 to Schrero Declaration, # 21 Restricted Attachment Ex. 20 to Schrero Declaration, # 22 Restricted Attachment Ex. 21 to Schrero Declaration, # 23 Restricted Attachment Ex. 22 to Schrero Declaration, # 24 Restricted Attachment Ex. 23 to Schrero Declaration, # 25 Restricted Attachment Ex. 24 to Schrero Declaration, # 26 Restricted Attachment Ex. 25 to Schrero Declaration, # 27 Restricted Attachment Ex. 26 to Schrero Declaration, # 28 Restricted Attachment Ex. 27 to Schrero Declaration, # 29 Restricted Attachment Ex. 28 to Schrero Declaration, # 30 Restricted Attachment Ex. 29 to Schrero Declaration, # 31 Restricted Attachment Ex. 30 to Schrero Declaration, # 32 Restricted Attachment Ex. 31 to Schrero Declaration, # 33 Restricted Attachment Ex. 32 to Schrero Declaration, # 34 Restricted Attachment Ex. 33 to Schrero Declaration, # 35 Restricted Attachment Ex. 34 to Schrero Declaration, # 36 Restricted Attachment Ex. 35 to Schrero Declaration, # 37 Restricted Attachment Ex. 36 to Schrero Declaration, # 38 Restricted Attachment Ex. 37 to Schrero Declaration, # 39 Restricted Attachment Ex. 38 to Schrero Declaration, # 40 Restricted Attachment Ex. 39 to Schrero Declaration, # 41 Restricted Attachment Ex. 40 to Schrero Declaration, # 42 Restricted Attachment Ex. 41 to Schrero Declaration, # 43 Restricted Attachment Ex. 42 to Schrero Declaration, # 44 Restricted Attachment Ex. 43 to Schrero Declaration, # 45 Restricted Attachment Ex. 44 to Schrero Declaration, # 46 Restricted Attachment Ex. 45 to Schrero |

| | | |
|---|---|---|
| | | Declaration, #47 Restricted Attachment Ex. 46 to Schrero Declaration, #48 Unpublished Case: SEC v. Universal, #49 Unpublished Case: O"Connor v. Powell, #50 Unpublished Case: FTC v. Creaghan, #51 Unpublished Case: SEC v. One or More, #52 Restricted Attachment Proposed Order)(Miller, Robert) (Entered: 04/05/2012) |
| 04/05/2012 | 7 | RESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Miller, Robert) (Entered: 04/05/2012) |
| 04/05/2012 | 8 | RESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Miller, Robert) (Entered: 04/05/2012) |
| 04/05/2012 | 9 | RESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Attachments: #1 Restricted Attachment Proposed Order)(Miller, Robert) (Entered: 04/05/2012) |
| 04/05/2012 | 10 | RESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Miller, Robert) (Entered: 04/05/2012) |
| 04/05/2012 | | ***MOTION by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (sahsl, ) (Entered: 04/06/2012) |
| 04/05/2012 | | ***MOTION by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (sahsl, ) (Entered: 04/06/2012) |
| 04/05/2012 | | ***Attorney Stephanie Erin Dunn for Robert Naegele, III,Stephanie Erin Dunn for John Niemi,Stephanie Erin Dunn for Jesper Parnevik added. Pursuant to the Notice of Entry of Appearance filed on 4/5/2012. (sahsl, ) (Entered: 04/06/2012) |
| 04/06/2012 | 11 | UNRESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Attachments: #1 Restricted Attachment Declaration of L. Schrero in Support of Motion for Service Abroad, #2 Restricted Attachment Ex. 1 to Schrero Declaration, #3 Restricted Attachment Ex. 2 to Schrero Declaration, #4 Restricted Attachment Ex. 3 to Schrero Declaration, #5 Restricted Attachment Ex. 4 to Schrero Declaration, #6 Restricted Attachment Ex. 5 to Schrero Declaration, #7 Restricted Attachment Ex. 6 to Schrero Declaration, #8 Restricted Attachment Ex. 7 to Schrero Declaration, #9 Restricted Attachment Ex. 8 to Schrero Declaration, #10 Restricted Attachment Ex. 9 to Schrero Declaration, #11 Restricted Attachment Ex. 10 to Schrero Declaration, #12 Restricted Attachment Ex. 11 to Schrero Declaration, #13 Restricted Attachment Ex. 12 to Schrero Declaration, #14 Restricted Attachment Ex. 13 to Schrero Declaration, #15 Restricted Attachment Ex. 14 to Schrero Declaration, #16 Restricted Attachment Proposed Order (PDF Format))(Miller, Robert) Modified on 5/30/2012 to UNRESTRICT pursuant to Minute Order dated 5/2/2012 (sahsl, ). (Entered: 04/06/2012) |
| 04/06/2012 | | ***MOTION by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (sahsl, ) (Entered: 04/09/2012) |
| 04/10/2012 | 12 | MINUTE ORDER Setting Hearing on Motions 6 , 9 , and 11 for 4/16/2012 09:00 AM in Courtroom A 702 before Judge R. Brooke Jackson by Judge R. Brooke Jackson on 04/10/12. (jjhsl, ) (Entered: 04/10/2012) |
| 04/16/2012 | 13 | RESTRICTED DOCUMENT – Level 2.(sahsl, ) (Entered: 04/16/2012) |
| 04/16/2012 | 14 | RECEIPT for $10,000 by Plaintiff Robert Naegele, III. (sahsl, ) (Entered: 04/16/2012) |
| 04/16/2012 | 15 | RESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Miller, Robert) (Entered: 04/16/2012) |
| 04/17/2012 | 16 | RESTRICTED DOCUMENT – Level 2. (sahsl, ) (Entered: 04/17/2012) |
| 04/17/2012 | | ORDER ***granting 6 Motion; ***granting 9 Motion; ***granting 11 Motion. By Judge R. Brooke Jackson on 2/16/2012. TEXT ONLY ENTRY.(sahsl, ) Modified on 4/18/2012 to add docket numbers to the entry(sahsl, ). (Entered: 04/17/2012) |
| 04/17/2012 | 17 | RESTRICTED DOCUMENT – Level 2. (sahsl, ) (Entered: 04/17/2012) |

| 04/18/2012 | 18 | Letter OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE. By Judge R. Brooke Jackson on April 18, 2012. (Attachments: #1 Translated document–German) (sahsl, ) (Entered: 04/19/2012) |
|---|---|---|
| 04/30/2012 | 19 | LETTER addressed to Christopher W. Madel from Scott LaScala from the CT Corporation. (sahsl, ) (Entered: 04/30/2012) |
| 04/30/2012 | 20 | UNRESTRICTED DOCUMENT – Level 2: by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik.. (Attachments: #1 Restricted Attachment Declaration of C. Madel, #2 Restricted Attachment Ex. 1 to Madel Decl., #3 Restricted Attachment Ex. 2 to Madel Decl., #4 Restricted Attachment Ex. 3 to Madel Decl., #5 Restricted Attachment Ex. 4 to Madel Decl., #6 Restricted Attachment Ex. 5 to Madel Decl., #7 Restricted Attachment Ex. 6 to Madel Decl., #8 Restricted Attachment Ex. 7 to Madel Decl., #9 Restricted Attachment Ex. 8 to Madel Decl., #10 Restricted Attachment Ex. 9 to Madel Decl., #11 Restricted Attachment Ex. 10 to Madel Decl., #12 Restricted Attachment Ex. 11 to Madel Decl., #13 Restricted Attachment Ex. 12 to Madel Decl., #14 Restricted Attachment Ex. 13 to Madel Decl., #15 Restricted Attachment Ex. 14 to Madel Decl., #16 Restricted Attachment Ex. 15 to Madel Decl., #17 Restricted Attachment Ex. 16 to Madel Decl., #18 Restricted Attachment Ex. 17 to Madel Decl., #19 Restricted Attachment Ex. 18 to Madel Decl., #20 Restricted Attachment Ex. 19 to Madel Decl., #21 Restricted Attachment Ex. 20 to Madel Decl., #22 Restricted Attachment Ex. 21 to Madel Decl.)(Miller, Robert) Modified on 5/30/2012 to UNRESTRICT pursuant to Minute ORder dated 5/2/2012 (sahsl, ). (Entered: 04/30/2012) |
| 05/01/2012 | 21 | The Innovatis Defendants' Motion for Leave to Make a Special Appearance by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H, #9 Exhibit I, #10 Proposed Order (PDF Only))(sahsl, ) (Entered: 05/02/2012) |
| 05/02/2012 | 22 | MINUTE ORDER re: 20 Status Report,the Clerk of the Court's office is directed to unseal and unrestrict the documents and proceedings in this case. The Court directs the parties to contact Chambers at (303) 844–4694 to schedule a preliminary injunction hearing. By Judge R. Brooke Jackson on 5/2/2012. (sahsl, ) (Entered: 05/02/2012) |
| 05/03/2012 | 23 | MINUTE ORDER: A Telephone Conference regarding the extension of the temporary restraining order has been set for 5/4/2012 08:00 AM in Courtroom A 702 before Judge R. Brooke Jackson. Participants should coordinate a telephone conference between each other and then contact Chambers at (303) 844–4694. A Preliminary Injunction Hearing has been set for 5/14/2012 at 02:00 PM in Courtroom A 702 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 05/03/2012. Text Only Entry (rbjsec. ) (Entered: 05/03/2012) |
| 05/03/2012 | 24 | ORDER granting 21 Motion for Order by Judge R. Brooke Jackson on 05/03/12. Text Only Entry(rbj) (Entered: 05/03/2012) |
| 05/04/2012 | 25 | MINUTE ENTRY for Status Conference held before Judge R. Brooke Jackson on 5/4/2012. ORDERED: The Court will make an exception to the Temporary Restraining Order of up to $50,000 to retain counsel and $100,000 for Mr. Lasshofer to use for his business expenses. With that exception, the Court will continue the Temporary Restraining Order until the Preliminary Injunction Hearing. (Court Reporter: Kara Spitler) (lag) (Entered: 05/04/2012) |
| 05/08/2012 | 26 | TRANSCRIPT of Status Conference held on 5–4–12 before Judge Jackson. Pages: 1–18. <P>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**</P> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. |

| | | Release of Transcript Restriction set for 8/9/2012. (Spitler, Kara) (Entered: 05/08/2012) |
|---|---|---|
| 05/09/2012 | 27 | NOTICE of Entry of Appearance by Stephanie Erin Dunn on behalf of Robert Naegele, III, John Niemi, Jesper Parnevik (Dunn, Stephanie) (Entered: 05/09/2012) |
| 05/09/2012 | 28 | Corrected TRANSCRIPT of Status Conference held on 5–4–12 before Judge Jackson. Pages: 18. <P>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**</P> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 8/10/2012. (Spitler, Kara) (Entered: 05/09/2012) |
| 05/10/2012 | 29 | MINUTE ORDER: Due to a conflict, the Preliminary Injunction Hearing set May 14, 2012 has been VACATED and RESET for 5/16/2012 at 02:00 PM in Courtroom A 702 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 05/10/2012. Text Only Entry (rbjsec. ) (Entered: 05/10/2012) |
| 05/10/2012 | 30 | MOTION for Leave to *Make a Special Appearance to Make a Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c)* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Proposed Order (PDF Only))(Evans, Kevin) (Entered: 05/10/2012) |
| 05/10/2012 | 31 | ORDER granting 30 Motion for LeaveI have been in a jury trial today and only became aware of this new "crisis" after it was too late to set up a hearing. Your deposition is scheduled to begin at 6:30 a.m. in the morning, MDT, and although I could hear it then, I do not plan to ask a reporter to come in that early. At this point I can only accept the representations of the defendants' counsel as officers of the Court. On that basis, the Court grants the motion on the following basis:1. Scheduling a deposition of a third party witness in a prison in North Carolina on 38 hours' notice does not comply with the local rules or with normal professional courtesy. If there were good cause for scheduling a deposition on such an emergency basis, that might be a different thing, but I am aware of none at this point. 2. I am, of course, aware that a preliminary injunction hearing has been scheduled for next week, and I assume that the plaintiffs believe that Mr. Burgess' deposition is critical for that purpose. Based upon what I know about the dispute, I can understand why his testimony could be very significant, probably to both sides. Therefore, the Court directs counsel to confer –– and that does not mean by email –– and arrange an agreed deposition date and time within the next two weeks or so. Please advise the Court's staff of the date for the deposition, and reschedule your preliminary injunction hearing until a date shortly after the deposition date. You will have to make whatever arrangements you can to obtain a video or a transcript of the deposition on an expedited basis. 3. The Court continues to accept the defendants' participation without waiving their potential personal jurisdiction defense. This dispute has unfolded so rapidly, and initially without notice to the defendants, that it is only reasonable that they be permitted to respond to these breaking developments without waiving that argument. by Judge R. Brooke Jackson on 5/10/12. Text Only Entry(rbj) (Entered: 05/10/2012) |
| 05/11/2012 | 32 | MOTION for Leave to *to Make a Special Appearance to Challenge Plaintiffs' Request for a Preliminary Injunction, and Response to Plaintiffs' Request for Preliminary Injunction* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: #1 Proposed Order (PDF Only) Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Evans, Kevin) (Entered: 05/11/2012) |
| 05/14/2012 | 33 | MOTION for Preliminary Injunction by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #1 Exhibit Exhibit 1, #2 Exhibit Exhibit 2, #3 |

| | | |
|---|---|---|
| | | Exhibit Exhibit 3, #_4_ Exhibit Exhibit 4, #_5_ Exhibit Exhibit 5, #_6_ Exhibit Exhibit 6, #_7_ Exhibit Exhibit 7, #_8_ Exhibit Exhibit 8, #_9_ Exhibit Exhibit 9)(Madel, Christopher) (Entered: 05/14/2012) |
| 05/14/2012 | _34_ | DECLARATION of *Christopher W. Madel* regarding MOTION for Preliminary Injunction_33_ by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5, #_6_ Exhibit 6)(Madel, Christopher) (Entered: 05/14/2012) |
| 05/15/2012 | _35_ | SUPPLEMENT/AMENDMENT re_32_ Mr Lasshofer and the Innovatis Defendants MOTION for Leave to Make a Special Appearance to Challenge Plaintiffs' Request for a Preliminary Injunction, and Response to Plaintiffs' Request for Preliminary Injunction by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Modified on 5/21/2012 This is a Supplement to a Motion and NOT a new Motion)(ervsl, ). (Entered: 05/15/2012) |
| 05/15/2012 | 36 | MINUTE ORDER: Due to a conflict on the Court's calendar with an on going jury trial, the Preliminary Injunction Hearing set May 16, 2012 has been CONTINUED to May 25, 2012 at 01:00 PM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 05/10/2012. Text Only Entry (rbjsec. ) (Entered: 05/15/2012) |
| 05/22/2012 | _37_ | RESPONSE to_32_ MOTION for Leave to *to Make a Special Appearance to Challenge Plaintiffs' Request for a Preliminary Injunction, and Response to Plaintiffs' Request for Preliminary Injunction*,_35_ MOTION to Supplement_32_ MOTION for Leave to *to Make a Special Appearance to Challenge Plaintiffs' Request for a Preliminary Injunction, and Response to Plaintiffs' Request for Preliminary Injunction* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1_ Affidavit Declaration of L. Schrero, #_2_ Exhibit 1 to Schrero Decl., #_3_ Exhibit 2 to Schrero Decl.)(Miller, Robert) (Entered: 05/22/2012) |
| 05/22/2012 | _38_ | DECLARATION of *John Niemi* regarding Response to Motion,,_37_ by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Miller, Robert) (Entered: 05/22/2012) |
| 05/23/2012 | _39_ | RESPONSE to_33_ MOTION for Preliminary Injunction filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 05/23/2012) |
| 05/23/2012 | _40_ | NOTICE re_37_ Response to Motion,, *Amended Declaration of Lauren Schrero* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik (Attachments: #_1_ Affidavit Amended Declaration of L. Schrero, #_2_ Exhibit 1 to Amended Decl., #_3_ Exhibit 2 to Amended Decl.)(Miller, Robert) (Entered: 05/23/2012) |
| 05/23/2012 | _41_ | TRANSCRIPT of Ex Parte Hearing on Plaintiff's Motion for TRO held on 4–16–12 before Judge Jackson. Pages: 1–19. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven party calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 8/24/2012. (Spitler, Kara) (Entered: 05/23/2012) |
| 05/24/2012 | _42_ | REPLY to Response to_33_ MOTION for Preliminary Injunction filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 05/24/2012) |
| 05/24/2012 | _43_ | MOTION for Default Judgment as to by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 05/24/2012) |

Appellate Case: 13-1256   Document: 01019074529   Date Filed: 06/10/2013   Page: 13

| | | |
|---|---|---|
| 05/24/2012 | 44 | DECLARATION of *Lauren Schrero* regarding MOTION for Default Judgment as to 43 by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Madel, Christopher) (Entered: 05/24/2012) |
| 05/25/2012 | 46 | MINUTE ENTRY for Preliminary Injunction Hearing held before Judge R. Brooke Jackson on 5/25/2012. ORDERED: The Court makes findings that it has jurisdiction under the long–arm statute and the due process clause of the United States Constitution. ORDERED: Court makes findings that the forum selection clause is not enforceable and therefore the Court declines the transfer of this case to New York or to dismiss the case in favor of New York. TAKEN UNDER ADVISEMENT 33 Motion for Preliminary Injunction (Court Reporter: Kara Spitler) (lag) (Entered: 05/29/2012) |
| 05/28/2012 | 45 | BRIEF in Support of 33 MOTION for Preliminary Injunction *Supplemental Post–Hearing Memorandum of Law* filed by Plaintiff John Niemi. (Attachments: # 1 Proposed Order (PDF Only) Amended Proposed Order on Motion for Preliminary Injunction)(Schrero, Lauren) (Entered: 05/28/2012) |
| 05/29/2012 | 47 | Clerk's NOTE REGARDING DEFAULT : default will not be entered as to Michael Frank Burgess, Barry Funt, Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer, Lexington Capital &Property Investments, LLC for the following reasons: 1) Plaintiff has not demonstrated personal service under Rule 4 and 2) Plaintiff has not demonstrated that the defendants have not answered or defended pursuant to Rule 55 (a). (sahsl, ) (Entered: 05/29/2012) |
| 05/30/2012 | 48 | RESPONSE to 45 Brief in Support of Motion, by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 05/30/2012) |
| 05/31/2012 | 49 | TRANSCRIPT of Preliminary Injunction Hearing held on 5–25–12 before Judge Jackson. Pages: 1–156. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 9/4/2012. (Spitler, Kara) (Entered: 05/31/2012) |
| 06/01/2012 | 50 | ORDER granting 33 Motion for Preliminary Injunction. By Judge R. Brooke Jackson on 6/1/2012.(sahsl, ) (Entered: 06/01/2012) |
| 06/01/2012 | 51 | NOTICE re 50 Order on Motion for Preliminary Injunction *Assignment Filed in Lieu of Bond Pursuant to Paragraph 7 of This Court's Preliminary Injunction Order dated June 1, 2012* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik (Schrero, Lauren) (Entered: 06/01/2012) |
| 06/04/2012 | 52 | MOTION for Entry of Default as to *DEFENDANTS ERWIN LASSHOFER, INNOVATIS GMBH, INNOVATIS IMMOBILIEN GMBH, AND INNOVATIS ASSET MANAGEMENT, SA, PURSUANT TO RULE 55(a)* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Miller, Robert) (Entered: 06/04/2012) |
| 06/05/2012 | 53 | Emergency MOTION to Stay re 50 Order on Motion for Preliminary Injunction *Pending Appeal and Rule 7.1A Certification* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 06/05/2012) |
| 06/05/2012 | 54 | MOTION for Leave to *File Special Appearance to Oppose* 52 MOTION for Entry of Default as to *DEFENDANTS ERWIN LASSHOFER, INNOVATIS GMBH, INNOVATIS IMMOBILIEN GMBH, AND INNOVATIS ASSET MANAGEMENT, SA, PURSUANT TO RULE 55(a)* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 06/05/2012) |

| 06/05/2012 | 55 | Unopposed MOTION to Withdraw as Attorney *Withdraw Hogan Lovells US LLP as Counsel of Record* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Proposed Order (PDF Only))(Kelly, Michael) (Entered: 06/05/2012) |
| --- | --- | --- |
| 06/05/2012 | 56 | NOTICE OF APPEAL as to 50 Order on Motion for Preliminary Injunction by Defendants Innovatis Asset Management SA, Innovatis Immobilien GMBH, Innovatis GMBH, Erwin Lasshofer (Filing fee $ 455, Receipt Number 1082–2874868) (Evans, Kevin) (Entered: 06/05/2012) |
| 06/05/2012 | 57 | MOTION to Appoint Special Master by Plaintiff John Niemi, Robert Naegele, III and Jesper Parnevik. (Attachments: # 1 Affidavit Declaration of Robert N. Miller, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9)(Schrero, Lauren) Modified on 6/6/2012 to add two filers (gmssl, ). (Entered: 06/05/2012) |
| 06/06/2012 | 58 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 56 Notice of Appeal, filed by Innovatis Asset Management SA, Innovatis Immobilien GMBH, Innovatis GMBH, Erwin Lasshofer to the U.S. Court of Appeals. ( Retained Counsel, Fee paid,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record)(lswsl, ) (Entered: 06/06/2012) |
| 06/06/2012 | 59 | USCA Case Number 12–1233 for 56 Notice of Appeal, filed by Innovatis Asset Management SA, Innovatis Immobilien GMBH, Innovatis GMBH, Erwin Lasshofer. (lswsl, ) (Entered: 06/06/2012) |
| 06/06/2012 | 60 | RESPONSE to 57 MOTION to Appoint Special Master filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 06/06/2012) |
| 06/06/2012 | 61 | NOTICE *of Inequitable Conduct by Plaintiffs* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer (Attachments: # 1 Exhibit 1)(Evans, Kevin) (Entered: 06/06/2012) |
| 06/07/2012 | 62 | RESPONSE to 61 Notice (Other) *of Lasshofer Defendants* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Miller, Robert) (Entered: 06/07/2012) |
| 06/07/2012 | 63 | TRANSCRIPT ORDER FORM re 56 Notice of Appeal, by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer (Evans, Kevin) (Entered: 06/07/2012) |
| 06/07/2012 | 64 | LETTER TO USCA and all counsel certifying the record is complete as to 56 Notice of Appeal, filed by Innovatis Asset Management SA, Innovatis Immobilien GMBH, Innovatis GMBH, Erwin Lasshofer. A transcript order form was filed stating that the necessary transcript is already on file. ( Appeal No. 12–1233). Text Only Entry (sahsl, ) (Entered: 06/08/2012) |
| 06/08/2012 | 65 | RESPONSE to 53 Emergency MOTION to Stay re 50 Order on Motion for Preliminary Injunction *Pending Appeal and Rule 7.1A Certification* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Affidavit Declaration of L. Schrero, # 2 Exhibit 1 to L. Schrero Declaration)(Miller, Robert) (Entered: 06/08/2012) |
| 06/13/2012 | 66 | REPLY to Response to 53 Emergency MOTION to Stay re 50 Order on Motion for Preliminary Injunction *Pending Appeal and Rule 7.1A Certification* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Evans, Kevin) (Entered: 06/13/2012) |
| 06/15/2012 | 67 | MOTION to Dismiss for Lack of Jurisdiction by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Evans, Kevin) (Entered: 06/15/2012) |
| 06/19/2012 | 68 | MOTION for Hearing/Conference re 53 Emergency MOTION to Stay re 50 Order on Motion for Preliminary Injunction *Pending Appeal and Rule 7.1A Certification*, 50 Order on Motion for Preliminary Injunction, 57 MOTION to Appoint Special |

| | | |
|---|---|---|
| | | Master , 54 MOTION for Leave to *File Special Appearance to Oppose* 52 MOTION for Entry of Default as to *DEFENDANTS ERWIN LASSHOFER, INNOVATIS GMBH, INNOVATIS IMMOBILIEN GMBH, AND INNOVATIS ASSET MANAGEMENT, SA, PURSUANT TO RULE 55(a)*, 52 MOTION for Entry of Default as to *DEFENDANTS ERWIN LASSHOFER, INNOVATIS GMBH, INNOVATIS IMMOBILIEN GMBH, AND INNOVATIS ASSET MANAGEMENT, SA, PURSUANT TO RULE 55(a)* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Proposed Order (PDF Only))(Miller, Robert) (Entered: 06/19/2012) |
| 06/19/2012 | 69 | ORDER. The Emergency Motion of the Innovatis Defendants to Suspend Courts June 1, 2012, Preliminary Injunction Order Pending Appeal 53 is DENIED. By Judge R. Brooke Jackson on 6/20/2012.(sahsl, ) (Entered: 06/20/2012) |
| 06/20/2012 | 70 | RESPONSE to 68 MOTION for Hearing/Conference re 53 Emergency MOTION to Stay re 50 Order on Motion for Preliminary Injunction *Pending Appeal and Rule 7.1A Certification*, 50 Order on Motion for Preliminary Injunction, 57 MOTION to Appoint Spec filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 06/20/2012) |
| 06/20/2012 | 71 | Supplemental MOTION to Supplement 67 MOTION to Dismiss for Lack of Jurisdiction by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit Exhibit 1_Declaration of Oberhammer)(Evans, Kevin) (Entered: 06/20/2012) |
| 06/20/2012 | 72 | LETTER Transmitting to US Court of Appeals Supplemental Preliminary Record as to 56 Notice of Appeal. (USCA Case No. 12−1233) (Attachments: # 1 Docket Sheet, # 2 Motion to Stay filed on 6/5/12, # 3 Order denying Motion to Stay filed on 6/19/12, # 4 Motion to Dismiss filed on 6/15/12, Part 1, # 5 Part 2, # 6 Part 3, # 7 Part 4)(lswsl, ) (Entered: 06/20/2012) |
| 06/21/2012 | 73 | Supplemental MOTION to Supplement 67 MOTION to Dismiss for Lack of Jurisdiction by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1− Declaration of Andreas Schwaighofer)(Evans, Kevin) (Entered: 06/21/2012) |
| 06/25/2012 | 75 | ORDER of USCA as to 56 Notice of Appeal, filed by Innovatis Asset Management SA, Innovatis Immobilien GMBH, Innovatis GMBH, Erwin Lasshofer. (USCA Case No. 12−1233) Motion to stay denied. (lswsl, ) (Entered: 06/26/2012) |
| 06/26/2012 | 74 | RESPONSE to 54 MOTION for Leave to *File Special Appearance to Oppose* 52 MOTION for Entry of Default as to *DEFENDANTS ERWIN LASSHOFER, INNOVATIS GMBH, INNOVATIS IMMOBILIEN GMBH, AND INNOVATIS ASSET MANAGEMENT, SA, PURSUANT TO RULE 55(a)* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Affidavit Declaration of C. Madel, # 2 Exhibit 1 to Madel Declaration)(Miller, Robert) (Entered: 06/26/2012) |
| 06/27/2012 | 76 | REPLY to Response to 54 MOTION for Leave to *File Special Appearance to Oppose* 52 MOTION for Entry of Default as to *DEFENDANTS ERWIN LASSHOFER, INNOVATIS GMBH, INNOVATIS IMMOBILIEN GMBH, AND INNOVATIS ASSET MANAGEMENT, SA, PURSUANT TO RULE 55(a)* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer (Attachments: # 1 Exhibit 1)(Evans, Kevin) Modified on 6/28/2012 to correct the filers (gmssl, ). (Entered: 06/27/2012) |
| 06/28/2012 | 77 | MOTION to Withdraw *of Evans and Douglass their Special Appearance as Counsel* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Evans, Kevin) (Entered: 06/28/2012) |
| 07/02/2012 | 78 | REPLY to Response to 68 MOTION for Hearing/Conference re 53 Emergency MOTION to Stay re 50 Order on Motion for Preliminary Injunction *Pending Appeal and Rule 7.1A Certification*, 50 Order on Motion for Preliminary Injunction, 57 MOTION to Appoint Spec filed by Plaintiffs Robert Naegele, III, |

| | | John Niemi, Jesper Parnevik. (Miller, Robert) (Entered: 07/02/2012) |
|---|---|---|
| 07/03/2012 | 79 | SUPPLEMENT/AMENDMENT to 67 MOTION to Dismiss for Lack of Jurisdiction by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1)(Evans, Kevin) (Entered: 07/03/2012) |
| 07/09/2012 | 80 | RESPONSE to 67 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of A. Natterer, # 2 Declaration of C. Madel, # 3 Supplemental Declaration of A. Natterer)(Dunn, Stephanie) (Entered: 07/09/2012) |
| 07/23/2012 | 81 | REPLY to Response to 67 MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1)(Evans, Kevin) (Entered: 07/23/2012) |
| 07/23/2012 | 82 | MOTION to Compel *Discovery or For In Camera Review of Documents* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of A. Natterer, # 2 Exhibit 1 to Natterer Decl., # 3 Exhibit 2 to Natterer Decl., # 4 Declaration of B. Manning, # 5 Exhibit 1 to Manning Decl., # 6 Exhibit 2 to Manning Decl., # 7 Exhibit 3 to Manning Decl., # 8 Exhibit 4 to Manning Decl., # 9 Exhibit 5 to Manning Decl., # 10 Exhibit 6 to Manning Decl., # 11 Exhibit 7 to Manning Decl., # 12 Proposed Order (PDF Only))(Miller, Robert) (Entered: 07/23/2012) |
| 07/23/2012 | 83 | MOTION for Contempt *and Sanctions* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Proposed Order (PDF Only))(Miller, Robert) (Entered: 07/23/2012) |
| 07/23/2012 | 84 | RESPONSE to 77 MOTION to Withdraw *of Evans and Douglass their Special Appearance as Counsel for the Innovatis Defendants* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Miller, Robert) (Entered: 07/23/2012) |
| 07/24/2012 | 85 | MOTION for Leave to *Amend Verified* 1 Complaint,, MOTION to Amend/Correct/Modify 1 Complaint, *to Add Nominal Defendant* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Proposed Document Amended Complaint, # 2 Declaration of B. Manning, # 3 Exhibit 1 to Manning Decl., # 4 Exhibit 2 to Manning Decl., # 5 Exhibit 3 to Manning Decl., # 6 Exhibit 4 to Manning Decl., # 7 Exhibit 5 to Manning Decl., # 8 Proposed Order (PDF Only))(Miller, Robert) (Entered: 07/24/2012) |
| 07/24/2012 | 86 | MOTION for Temporary Restraining Order by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of C. Madel, # 2 Information Sheet for Temporary Restraining Order, # 3 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 07/24/2012) |
| 07/25/2012 | 87 | SUPPLEMENT/AMENDMENT to 86 MOTION for Temporary Restraining Order by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Bruce D. Manning, # 2 Exhibit 1 to Manning Dec, # 3 Exhibit 2 to Manning Dec, # 4 Exhibit 3 to Manning Dec)(Madel, Christopher) (Entered: 07/25/2012) |
| 07/25/2012 | 88 | SUPPLEMENT/AMENDMENT to 86 MOTION for Temporary Restraining Order by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of John Niemi)(Madel, Christopher) (Entered: 07/25/2012) |
| 07/27/2012 | 89 | NOTICE of Entry of Appearance by Kathleen E. Craigmile on behalf of Credit Suisse AG (Craigmile, Kathleen) (Entered: 07/27/2012) |
| 07/27/2012 | 90 | CERTIFICATE of Mailing/Service by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Dunn, Stephanie) (Entered: 07/27/2012) |
| 07/28/2012 | 91 | WAIVER OF SERVICE Returned Executed by Jesper Parnevik, Robert Naegele, III, John Niemi. Credit Suisse AG waiver sent on 7/26/2012, answer due 10/24/2012. (Attachments: # 1 Waiver of Service of Summons)(Madel, Christopher) (Entered: 07/28/2012) |

| 07/29/2012 | 92 | ORDER finding as moot 32 Motion for Leave by Judge R. Brooke Jackson on 7/29/12. Text Only Entry(rbj) (Entered: 07/29/2012) |
|---|---|---|
| 07/29/2012 | 93 | ORDER denying 77 Motion to Withdraw. This motion does not provide good cause for counsel to withdraw. It amounts to counsel's diatribe regarding the multitude of errors counsel attributes to the Court. It also appears to contain a veiled warning that the Innovatis defendants might not comply with the Court's injunction order. Unless and until that order is overturned on appeal, the Court warns defendants and counsel that it expects absolute compliance. by Judge R. Brooke Jackson on 7/29/12.(rbj) (Entered: 07/29/2012) |
| 07/29/2012 | 94 | ORDER denying 54 Motion for Leave. The Court has specifically found and ordered that it has personal jurisdiction over the Innovatis defendants. by Judge R. Brooke Jackson on 7/29/12. Text Only Entry(rbj) (Entered: 07/29/2012) |
| 07/29/2012 | 95 | ORDER granting 55 Motion to Withdraw as Attorney. Attorney Michael Paul Kelly and Jaasi Jared Munanka terminated by Judge R. Brooke Jackson on 7/29/12. Text Only Entry(rbj) (Entered: 07/29/2012) |
| 07/30/2012 | 96 | MINUTE ORDER re: 86 MOTION for Temporary Restraining Order filed by Jesper Parnevik, John Niemi, Robert Naegele, III. A Hearing as to Motion 86 set for today, July 30, 2012 at 2:00 p.m. in Courtroom A 902 before Judge R. Brooke Jackson. Counsel are authorized to appear by telephone if they are unable to appear in person. Counsel are directed to conference a call between each other then and then contact the Court at (303) 844–4694. By Judge R. Brooke Jackson on 07/30/2012. Text Only Entry (rbjsec. ) (Entered: 07/30/2012) |
| 07/30/2012 | 97 | MINUTE ENTRY for Motion Hearing held before Judge R. Brooke Jackson on 7/30/2012. Granting in part and denying in part 86 Motion for TRO. Court Reporter: Gwen Daniel. (lag) (Entered: 07/30/2012) |
| 08/01/2012 | 98 | WAIVER OF SERVICE Returned Executed by Jesper Parnevik, Robert Naegele, III, John Niemi. Michael Frank Burgess waiver sent on 6/26/2012, answer due 8/27/2012. (Attachments: # 1 Waiver of Service of Summons)(Manning, Bruce) (Entered: 08/01/2012) |
| 08/01/2012 | 99 | MINUTE ORDER: In Court Hearing set for 8/13/2012 at 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 08/1/2012. Text Only Entry (rbjsec. ) (Entered: 08/01/2012) |
| 08/03/2012 | 100 | TRANSCRIPT of Plaintiff's Motion for Temporary Restraining Order held on 7/30/2012 before Judge Jackson. Pages: 1–66. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 11/5/2012. (Daniel, Gwen) (Entered: 08/03/2012) |
| 08/03/2012 | 101 | MOTION to Compel *to Answer Question* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Christopher Madel, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Madel, Christopher) (Entered: 08/03/2012) |
| 08/04/2012 | 102 | RESPONSE to 101 MOTION to Compel *to Answer Question* filed by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 08/04/2012) |
| 08/08/2012 | 103 | NOTICE of Entry of Appearance by Julie Anne North on behalf of Credit Suisse AG (North, Julie) (Entered: 08/08/2012) |
| 08/08/2012 | 104 | NOTICE of Entry of Appearance by Justine Victoria Beyda on behalf of Credit Suisse AG (Beyda, Justine) (Entered: 08/08/2012) |

Appellate Case: 13-1256   Document: 01019074529   Date Filed: 06/18/2013   Page: 18

| | | |
|---|---|---|
| 08/09/2012 | 105 | REPLY to Response to 101 MOTION to Compel *to Answer Question* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 08/09/2012) |
| 08/09/2012 | 106 | MOTION for Preliminary Injunction by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 08/09/2012) |
| 08/10/2012 | 107 | Stipulated MOTION to Continue *Hearing Scheduled for August 13, 2012* by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 08/10/2012) |
| 08/10/2012 | 108 | MOTION for Extension of Time to Extend TRO by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Modified on 8/13/2012 edited title to that of the document filed) (ervsl, ). (Entered: 08/10/2012) |
| 08/11/2012 | 109 | ORDER granting 107 Motion to Continue. The Court grants the motion to continue the August 13, 2012 hearing concerning personal jurisdiction to a future date to be set by plaintiffs and Credit Suisse with notice to the Innovatis defendants. The Court accepts the stipulation of the plaintiffs and Credit Suisse that the TRO entered by the Court against Credit Suisse will continue in effect until the re−set hearing. by Judge R. Brooke Jackson on 08/11/12. Text Only Entry(rbj) (Entered: 08/11/2012) |
| 08/13/2012 | 110 | RESPONSE to 83 MOTION for Contempt *and Sanctions In Opposition* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Evans, Kevin) (Entered: 08/13/2012) |
| 08/15/2012 | 111 | RESPONSE to 82 MOTION to Compel *Discovery or For In Camera Review of Documents IN OPPOSITION* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 08/15/2012) |
| 08/15/2012 | 112 | MOTION to Withdraw as Attorney *Lauren E. Schrero* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 08/15/2012) |
| 08/17/2012 | 113 | RESPONSE to 85 MOTION for Leave to *Amend Verified* 1 Complaint, MOTION to Amend/Correct/Modify 1 Complaint, *to Add Nominal Defendant* filed by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 08/17/2012) |
| 08/17/2012 | 114 | ORDER granting 112 Motion to Withdraw as Attorney. Attorney Lauren Elizabeth Schrero terminated by Judge R. Brooke Jackson on 08/17/12. Text Only Entry(rbj) (Entered: 08/17/2012) |
| 08/23/2012 | 115 | REPLY to Response to 83 MOTION for Contempt *and Sanctions* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Miller Declaration, # 2 Exhibit 1 to Miller Declaration, # 3 Manning Declaration, # 4 Exhibit 1 to Manning Declaration, # 5 Exhibit 2 to Manning Declaration, # 6 Madel Declaration)(Madel, Christopher) (Entered: 08/23/2012) |
| 08/27/2012 | 116 | MINUTE ORDER: A Telephone Status Conference is set for 8/31/2012 at 08:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Counsel are directed to coordinate a conference call between each other and then contact the Court at (303) 844−4694. By Judge R. Brooke Jackson on 08/27/2012. Text Only Entry (rbjsec. ) (Entered: 08/27/2012) |
| 08/27/2012 | 117 | RESPONSE to 101 MOTION to Compel *to Answer Question* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1)(Evans, Kevin) (Entered: 08/27/2012) |
| 08/28/2012 | 118 | REPLY to Response to 82 MOTION to Compel *Discovery or For In Camera Review of Documents* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 08/28/2012) |
| 08/30/2012 | 119 | STATUS REPORT *AUGUST 30, 2012* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of A. Natterer, # 2 Exhibit 1 to A. Natterer Declaration)(Madel, Christopher) (Entered: 08/30/2012) |

| | | |
|---|---|---|
| 08/31/2012 | 120 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Telephonic Status Conference held on 8/31/2012. ORDERED: A hearing on the motion for preliminary injunction is set Friday, October 19, 2012 at 9:00 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. ORDERED: 1) The plaintiffs' request for ten interrogatories –– ten questions, with no sub–parts –– and ten requests for production related to jurisdiction is GRANTED. 2) The discovery shall be served by September 5, 2012; and responses by September 26, 2012. 3) Credit Suisse's request for limited discovery of plaintiffs is GRANTED. They are also allowed ten interrogatories and ten requests for production. 4) The discovery shall be served by September 5, 2012; and responses by September 26, 2012. Court Reporter: Kara Spitler. (wjmcd, ) (Entered: 08/31/2012) |
| 09/04/2012 | 121 | RESPONSE to 86 MOTION for Temporary Restraining Order , 106 MOTION for Preliminary Injunction filed by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Craigmile, Kathleen) (Entered: 09/04/2012) |
| 09/18/2012 | 122 | REPLY to Response to 106 MOTION for Preliminary Injunction *Against Credit Suisee AG* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Michael Frank Burgess)(Madel, Christopher) (Entered: 09/18/2012) |
| 09/19/2012 | 123 | SUPPLEMENT/AMENDMENT to 122 Reply to Response to Motion, by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Exhibit A – Declaration of Mag. Hubertus Weben)(Madel, Christopher) (Entered: 09/19/2012) |
| 09/21/2012 | 124 | DECLARATION of *Jonathan Trounce (corrected) and Declaration of Drs. Peter Reichart and Andrea Meier (corrected)* regarding Response to Motion, 121 by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit 1 – Declaration of Jonathan Trounce, # 2 Exhibit 3 – Declaration of Drs. Peter Reichart and Andrea Meier, # 3 Exhibit A to Declaration of Drs. Peter Reichart and Andrea Meier)(Craigmile, Kathleen) (Entered: 09/21/2012) |
| 09/25/2012 | 125 | SUPPLEMENT/AMENDMENT to 88 Supplement/Amendment by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of John Niemi)(Madel, Christopher) (Entered: 09/25/2012) |
| 10/01/2012 | 126 | MINUTE ORDER: A fifteen minute Telephone Discovery Hearing is set for 10/16/2012 08:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Counsel are directed to coordinate a conference call between each other then and call the Court at (303) 844–4694. By Judge R. Brooke Jackson on 10/01/2012. Text Only Entry (rbjsec. ) (Entered: 10/01/2012) |
| 10/05/2012 | 127 | SUPPLEMENT/AMENDMENT to 80 Response to Motion, by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Exhibit A)(Madel, Christopher) (Entered: 10/05/2012) |
| 10/09/2012 | 128 | MOTION for Leave to *File Supplemental Declaration Regarding Swiss Law in Sur–Reply to Plaintiffs' Reply in Support of Motion for Preliminary Injunction* 121 Response to Motion, 123 Supplement/Amendment, 106 MOTION for Preliminary Injunction , 122 Reply to Response to Motion, by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit 1 – Supplemental Declaration of Drs. Peter Reichart and Andrea Meier)(Craigmile, Kathleen) (Entered: 10/09/2012) |
| 10/10/2012 | 129 | SUPPLEMENT/AMENDMENT to 80 Response to Motion, by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Exhibit A)(Madel, Christopher) (Entered: 10/10/2012) |
| 10/11/2012 | 130 | NOTICE *Regarding October 16, 2012 Discovery Status Conference* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik (Attachments: # 1 Attachment)(Madel, Christopher) (Entered: 10/11/2012) |
| 10/12/2012 | 131 | ORDER granting 128 MOTION for Leave to File Supplemental Declaration Regarding Swiss Law in Sur–Reply to Plaintiffs' Reply in Support of Motion for Preliminary Injunction 121 Response to Motion, 123 Supplement/Amendment, 106 MOTION for Preliminary Injunction, 122 Reply to Response to Motion. By Judge R. Brooke Jackson on 10/12/2012. Text Only Entry(rbjsec. ) (Entered: 10/12/2012) |

| | | |
|---|---|---|
| 10/12/2012 | 132 | Unopposed MOTION for Leave to Appear *at October 19, 2012 Preliminary Injunction Hearing by Telephone* by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 10/12/2012) |
| 10/12/2012 | 133 | Supplemental DECLARATION of Drs. Peter Reichart and Andrea Meier regarding 121 Response to Motion, 123 Supplement/Amendment, 106 MOTION for Preliminary Injunction, 122 Reply to Response to Motion, by Defendant Credit Suisse AG. (Filed pursuant to 131 Order.) (alvsl) (Entered: 10/15/2012) |
| 10/15/2012 | 134 | RESPONSE to 130 Notice (Other) *Regarding Discovery Status Conference* by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit 1)(Craigmile, Kathleen) (Entered: 10/15/2012) |
| 10/15/2012 | 135 | ORDER granting 132 Unopposed MOTION for Leave to Appear at October 19, 2012 Preliminary Injunction Hearing by Telephone. By Judge R. Brooke Jackson on 10/15/2012. Text Only Entry(rbjsec. ) (Entered: 10/15/2012) |
| 10/16/2012 | 136 | MINUTE ENTRY for Discovery Hearing held before Judge R. Brooke Jackson on 10/16/2012. Court Reporter: Kara Spitler. (lag) (Entered: 10/16/2012) |
| 10/17/2012 | 137 | MOTION to Continue *October 19 Hearing, Consent to Extend Temporary Restraining Order and Request for Extension* by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit Exhibit 1 – North Declaration)(Craigmile, Kathleen) (Entered: 10/17/2012) |
| 10/18/2012 | 138 | RESPONSE to 137 MOTION to Continue *October 19 Hearing, Consent to Extend Temporary Restraining Order and Request for Extension* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of B. Manning, # 2 Exhibit 1 to Manning Decl., # 3 Exhibit 2 to Manning Decl., # 4 Exhibit 3 to Manning Decl., # 5 Exhibit 4 to Manning Decl., # 6 Exhibit 5 to Manning Decl., # 7 Exhibit 6 to Manning Decl.)(Madel, Christopher) (Entered: 10/18/2012) |
| 10/19/2012 | 139 | MINUTE ENTRY for Motion Hearing held before Judge R. Brooke Jackson on 10/19/2012. Granting 85 Motion for Leave; Granting 85 Motion to Amend/Correct/Modify; Granting 106 Motion for Preliminary Injunction; Denying 137 Motion to Continue. Credit Suisse AG has until Monday, October 22, 2012 at 12:00 pm to file a statement of assurance that nothing will be removed from the Credit Suisse AG accounts of Innovatis contrary to this Courts order. If the assurance is not filed, the court orders that $2,180,000.00 be taken out of the account and put it in an escrow account in Denver, Colorado and that a bond be filed in the amount of $6.8 million. Court Reporter: Kara Spitler. (lag) (Entered: 10/22/2012) |
| 10/19/2012 | 141 | Stipulation and Order Regarding Custody of Exhibits and Depositions by Judge R. Brooke Jackson on 10/19/12. (lag) (Entered: 10/22/2012) |
| 10/22/2012 | 140 | NOTICE re 139 Order on Motion for Leave,,, Order on Motion to Amend/Correct/Modify,,, Order on Motion for Preliminary Injunction,,, Order on Motion to Continue,,, Motion Hearing,,, Terminate Deadlines and Hearings,, by Defendant Credit Suisse AG (Craigmile, Kathleen) (Entered: 10/22/2012) |
| 10/28/2012 | 142 | TRANSCRIPT of Preliminary Injunction Hearing held on 10–19–12 before Judge Jackson. Pages: 1–126. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/31/2013. (Spitler, Kara) (Entered: 10/28/2012) |
| 11/02/2012 | 143 | ANSWER to Complaint by Credit Suisse AG.(Craigmile, Kathleen) (Entered: 11/02/2012) |

| | | |
|---|---|---|
| 11/06/2012 | 144 | TRANSCRIPT of Telephone Discovery Conference held on 8–31–12 before Judge Jackson. Pages: 1–10. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/7/2013. (Spitler, Kara) (Entered: 11/06/2012) |
| 11/06/2012 | 145 | TRANSCRIPT of Telephone Discovery Hearing held on 10–16–12 before Judge Jackson. Pages: 1–10. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/7/2013. (Spitler, Kara) (Entered: 11/06/2012) |
| 11/07/2012 | 146 | Unopposed MOTION to Withdraw as Attorney *and Amend ECF Representation Association of Stephanie E. Dunn* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Proposed Order (PDF Only))(Dunn, Stephanie) (Entered: 11/07/2012) |
| 11/07/2012 | 147 | ORDER granting_146 Unopposed MOTION to Withdraw as Attorney and Amend ECF Representation Association of Stephanie E. Dunn. Attorney Stephanie Erin Dunn terminated. By Judge R. Brooke Jackson on 11/07/2012. Text Only Entry(rbjsec. ) (Entered: 11/07/2012) |
| 11/21/2012 | 148 | ORDER finding as moot_108 MOTION for Extension of Time to Extend TRO. By Judge R. Brooke Jackson on 11/21/2012. Text Only Entry(rbjsec. ) (Entered: 11/21/2012) |
| 11/23/2012 | 149 | NOTICE of Completed Letters re_18 Letter of Request for International Judicial Assistance upon Aichelin GmbH and service upon Aichelin Holding GmbH (ervsl, ) (Entered: 11/26/2012) |
| 11/23/2012 | 150 | NOTICE of Completed Letters re_18 Letter of Request for International Judicial Assistance upon Berndorf AG (ervsl, ) (Entered: 11/26/2012) |
| 12/20/2012 | 151 | MOTION for Summary Judgment by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Declaration of Christopher Madel, #_2 Exhibit A – E of Madel Declaration, #_3 Exhibit F of Madel Declaration, #_4 Exhibit G – K of Madel Declaration, #_5 Declaration of John Niemi, #_6 Exhibit 1 – 92 of Niemi Declaration, #_7 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 12/20/2012) |
| 12/20/2012 | 152 | MOTION to Compel *Lasshofer Defendants to Respond to First Set of Interrogatories and Requests for Production of Documents* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 12/20/2012) |
| 12/20/2012 | 153 | MOTION to Compel *Lasshofer Defendants to Participate in Fed. R. Civ. P. 26(f) Conference* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Declaration of Christopher Madel, #_2 Exhibit 1, #_3 Exhibit 2, #_4 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 12/20/2012) |
| 01/04/2013 | 154 | Letter from Edward P. Butler, Legal Officer, regarding documents received from the U.S. Department of State and provided to Plaintiff's Counsel pursuant to_18 Letter. (Attachments: #_1 Attachment) (alvsl) (Entered: 01/04/2013) |

| 01/07/2013 | 155 | Unopposed MOTION for Extension of Time to File Response/Reply as to 151 MOTION for Summary Judgment by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 01/07/2013) |
|---|---|---|
| 01/08/2013 | 156 | ORDER granting 155 Unopposed MOTION for Extension of Time to File Response/Reply as to 151 MOTION for Summary Judgment. Response now due February 13, 2013. By Judge R. Brooke Jackson on 01/08/2013. Text Only Entry(rbjsec. ) (Entered: 01/08/2013) |
| 01/15/2013 | 157 | REPLY to Response to 151 MOTION for Summary Judgment *Against the Lasshofer Defendants* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 01/15/2013) |
| 01/25/2013 | 158 | MINUTE ORDER: A Status Conference set is for March 19, 2013 at 1:00 p.m. in Courtroom A 901 before Judge R. Brooke Jackson. Parties wishing to appear by telephone are directed to coordinate a conference call between each other then and then contact the court at (303) 844–4694. By Judge R. Brooke Jackson on 01/25/2013. Text Only Entry (rbjsec. ) (Entered: 01/25/2013) |
| 01/28/2013 | 159 | MOTION for Discovery *(Limited)* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of John Niemi, # 2 Declaration of Robert Naegele, III, # 3 Declaration of Jesper Parnevik, # 4 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 01/28/2013) |
| 02/11/2013 | 160 | MINUTE ORDER re: 158 Minute Order. The court VACATES the status conference set March 19, 2013 at 1:00 p.m. The court would prefer to set a half–day hearing prior to March 19, 2013, regarding the status and all pending motions. Counsel should be prepared to discuss, among other things, (1) what is the status of efforts to serve the defendants by the means that defendants insist are the proper means; (2) over which of the pending motions the court has jurisdiction notwithstanding the pending appeal; and (3) oral argument on all pending motions that the court has jurisdiction to decide. The Court is available 2/20/13 at 1:30; 2/21/13 at 9:00 a.m.; 2/22 at 9:00 a.m. or 2/27 at 9:00 a.m. Please confer with each other and then contact Chambers at (303) 844–4694 confirm a new hearing date. By Judge R. Brooke Jackson on 02/11/2013. Text Only Entry (rbjsec. ) (Entered: 02/11/2013) |
| 02/13/2013 | 161 | RESPONSE to 151 MOTION for Summary Judgment filed by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Craigmile, Kathleen) (Entered: 02/13/2013) |
| 02/19/2013 | 162 | RESPONSE to 159 MOTION for Discovery *(Limited) , Pursuant to Special Appearance* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Evans, Kevin) (Entered: 02/19/2013) |
| 02/21/2013 | 163 | MINUTE ORDER re: 160 Minute Order. The Court sets the half–day hearing on the issues described in the minute order at docket # 160 for March 8, 2013 at 9:00 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 02/21/2013. Text Only Entry (rbjsec. ) (Entered: 02/21/2013) |
| 02/27/2013 | 164 | REPLY to Response to 151 MOTION for Summary Judgment filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(Madel, Christopher) (Entered: 02/27/2013) |
| 03/04/2013 | 165 | REPLY to Response to 159 MOTION for Discovery *(Limited)* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D, # 5 Attachment E, # 6 Attachment F)(Madel, Christopher) (Entered: 03/04/2013) |
| 03/05/2013 | 166 | SUPPLEMENT/AMENDMENT to 161 Response to Motion, *Fully Executed Declaration of Reichart/Meier* by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit Response Exhibit 8)(Craigmile, Kathleen) (Entered: 03/05/2013) |
| 03/05/2013 | 167 | STATUS REPORT by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Attachment A)(Madel, Christopher) (Entered: 03/05/2013) |

| 03/07/2013 | 168 | RESPONSE to 167 Status Report by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1)(Evans, Kevin) (Entered: 03/07/2013) |
| 03/08/2013 | 169 | MINUTE ENTRY for Motion Hearing held before Judge R. Brooke Jackson on 3/8/2013. It was ORDERED: Denying 52 Motion for Entry of Default; Finding as moot 57 Motion to Appoint Special Master; Denying 67 Motion to Dismiss for Lack of Jurisdiction; Granting 68 Motion for Hearing/Conference; Granting 82 Motion to Compel; Finding as moot 101 Motion to Compel; Granting 152 Motion to Compel; he response shall be filed no later than March 22, 2013; Granting 153 Motion to Compel; Granting 159 Motion for Discovery. Show Cause Hearing regarding 83 set for 3/26/2013 9:00 AM in Courtroom A902 before Judge R. Brooke Jackson. Defendants to respond to the complaint no later than March 22, 2013. The Court will hold the defendants in default if no response is filed by that date. Defendants to file a response/surreply to Plaintiffs Motion for Summary Judgment Against the Lasshofer Defendants and Credit Suisse AG # 151 no later than March 22, 2013. This motion will be held in abeyance and addressed at the March 26, 2013 hearing. Court Reporter: Kara Spitler. (lag) (Entered: 03/08/2013) |
| 03/15/2013 | 170 | TRANSCRIPT of Hearing on Pending Motions held on 3–8–13 before Judge Jackson. Pages: 1–42. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 6/17/2013. (Spitler, Kara) (Entered: 03/15/2013) |
| 03/15/2013 | 171 | MOTION to Dismiss for Lack of Jurisdiction by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Evans, Kevin) (Entered: 03/15/2013) |
| 03/15/2013 | 172 | SUPPLEMENT/AMENDMENT to 151 MOTION for Summary Judgment by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Decl. of John Niemi, # 2 Ex. 1 Part 1, # 3 Ex. 1 Part 2, # 4 Ex. 1 Part 3, # 5 Ex. 1 Part 4, # 6 Ex. 1 Part 5, # 7 Ex. 1 Part 6, # 8 Ex. 1 Part 7, # 9 Ex. 1 Part 8, # 10 Ex. 2 Part 1, # 11 Ex. 2 Part 2, # 12 Ex. 2 Part 3, # 13 Ex. 2 Part 4, # 14 Ex. 2 Part 5, # 15 Ex. 2 Part 6, # 16 Ex. 2 Part 7, # 17 Ex. 3 Part 1, # 18 Ex. 3 Part 2)(Madel, Christopher) (Entered: 03/15/2013) |
| 03/19/2013 | 173 | RESPONSE to 151 MOTION for Summary Judgment filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Evans, Kevin) (Entered: 03/19/2013) |
| 03/20/2013 | 174 | NOTICE re 169 Order on Motion for Entry of Default,,,,, Order on Motion to Appoint Special Master,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, Order on Motion for Hearing/Conference,,,,, Order on Motion to Compel,,,,,,,,,,,,,,,,, Order on Motion for Discovery,,,,, Motion Hearing,,,,, Set/Reset Deadlines/Hearings,,,,, Terminate Deadlines and Hearings,,,, *of Compliance re Document No. 82* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer (Evans, Kevin) (Entered: 03/20/2013) |
| 03/20/2013 | 175 | MOTION to Compel *Credit Suisse AG to Participate in Discovery* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 03/20/2013) |
| 03/22/2013 | 176 | MOTION to Vacate 174 Notice (Other),, *Submission of Mr. Lasshofer and the Innovatis Defendants In Connection with Show Cause Hearing and in Opposition* |

| | | |
|---|---|---|
| | | *to Finding of Contempt* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3)(Evans, Kevin) (Entered: 03/22/2013) |
| 03/22/2013 | 177 | SURREPLY re _151_ MOTION for Summary Judgment filed by Defendant Credit Suisse AG. (Attachments: #_1_ Exhibit 1, #_2_ Exhibit 2)(Craigmile, Kathleen) (Entered: 03/22/2013) |
| 03/22/2013 | 178 | RESPONSE to _171_ MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1_ Exhibit Declaration of Mag. Hubertus Weben, #_2_ Exhibit 1, #_3_ Exhibit 2, #_4_ Exhibit 3, #_5_ Exhibit 4, #_6_ Exhibit 5, #_7_ Exhibit 6, #_8_ Exhibit 7, #_9_ Exhibit 8)(Madel, Christopher) (Entered: 03/22/2013) |
| 03/24/2013 | 179 | BRIEF in Opposition to _176_ MOTION to Vacate _174_ Notice (Other),, *Submission of Mr. Lasshofer and the Innovatis Defendants In Connection with Show Cause Hearing and in Opposition to Finding of Contempt* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1_ Exhibit Declaration of Christopher W. Madel, #_2_ Exhibit 1)(Madel, Christopher) (Entered: 03/24/2013) |
| 03/25/2013 | 180 | NOTICE of Entry of Appearance by Aaron R. Thom on behalf of Robert Naegele, III, John Niemi, Jesper Parnevik (Thom, Aaron) (Entered: 03/25/2013) |
| 03/25/2013 | 181 | NOTICE of Entry of Appearance *of Jeffrey H. McClelland* by Jeffrey H. McClelland on behalf of Credit Suisse AG (McClelland, Jeffrey) (Entered: 03/25/2013) |
| 03/25/2013 | 182 | DECLARATION of *T. Markus Funk* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1_ Exhibit 1)(Miller, Robert) (Entered: 03/25/2013) |
| 03/25/2013 | 183 | NOTICE by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik (Attachments: #_1_ Exhibit Declaration of Aaron R. Thom, #_2_ Exhibit 1, #_3_ Exhibit 2, #_4_ Exhibit 3, #_5_ Exhibit 4)(Thom, Aaron) (Entered: 03/25/2013) |
| 03/26/2013 | 184 | MINUTE ENTRY for Show Cause Hearing held before Judge R. Brooke Jackson on March 26, 2013: ORDERED: The Court will not accept a motion or brief longer than 20 pages, nor more than ten exhibits, for the rest of this case from any of the parties at any time. ORDERED: Plaintiffs' Motion for Contempt and Sanctions _83_ is GRANTED. The defendants are found to be in contempt of the Court's Order of June 1, 2012. The Lasshofer Defendants have two weeks, through April 9, 2013, to put the money in an escrow account; and, if they do not, starting on April 10, 2013, the Court will fine the Lasshofer Defendants, including Mr. Lasshofer, personally, $10,000 a day until they comply. ORDERED: Plaintiffs' Motion for Summary Judgment Against the Lasshofer Defendants and Credit Suisse AG _151_ IS DENIED. ORDERED: Motion by Mr. Lasshofer and the Innovatis Defendants Pursuant to Fed. R. Civ. P. 12(h)(3) Regarding Lack of Standing and Subject Matter Jurisdiction, and Request to Dismiss Case _171_ is DENIED. THE COURT FINDS IT HAS SUBJECT MATTER JURISDICTION. ORDERED: Plaintiffs' Motion to Compel Credit Suisse AG to Participate in Discovery _175_ is GRANTED. The parties shall file a report within 30 days as to whether or not Credit Suisse is complying. ORDERED: The Submission of Mr. Lasshofer and the Innovatis Defendants in Connection with Show Cause Hearing and in Opposition to Finding of Contempt _176_ is DENIED AS MOOT. A two–week Jury Trial is set for 3/31/2014 at 09:00 a.m. in Courtroom A902 before Judge R. Brooke Jackson. A Final Trial Preparation Conference is set for one–half day on 3/14/2014 at 01:00 p.m. in Courtroom A902 before Judge R. Brooke Jackson. Court Reporter: Kara Spitler. (wjmcd, ) (Entered: 03/26/2013) |
| 03/26/2013 | 185 | Utility Setting Hearings: Two–Week Jury Trial set for 3/31/2014 09:00 AM, 4/1/2014 09:00 AM, 4/2/2014 09:00 AM, 4/3/2014 09:00 AM, 4/4/2014 09:00 AM, 4/7/2014 09:00 AM, 4/8/2014 09:00 AM, 4/9/2014 09:00 AM, 4/10/2014 09:00 AM, 4/11/2014 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Text Only Entry. (alvsl) (Entered: 03/26/2013) |

| 03/29/2013 | 186 | TRANSCRIPT of Hearing on Pending Motions held on 3–26–13 before Judge Jackson. Pages: 1–33. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 7/1/2013. (Spitler, Kara) (Entered: 03/29/2013) |
|---|---|---|
| 04/02/2013 | 187 | ORDER Rescheduling Trial and Trial Preparation Conference. Trial Preparation Conference set 7/17/2013 at 01:00 PM in Courtroom A 902 before Judge R. Brooke Jackson. A Two–Week Jury Trial set for 8/5/2013 09:00 AM, 8/6/2013 09:00 AM, 8/7/2013 09:00 AM, 8/8/2013 09:00 AM, 8/9/2013 09:00 AM, 8/12/2013 09:00 AM, 8/13/2013 09:00 AM, 8/14/2013 09:00 AM, 8/15/2013 09:00 AM, and 8/16/2013 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 04/02/13. (alvsl) (Entered: 04/02/2013) |
| 04/03/2013 | 188 | NOTICE of *Joint Fed. R. Civ. P. 26(f) Submission by Plaintiffs and Mr. Lasshofer and the Innovatis Defendants* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer, Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik (Madel, Christopher) (Entered: 04/03/2013) |
| 04/10/2013 | 189 | **Disregard –** MOTION for Entry of Default as to *the Lasshofer Defendants* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Affidavit of Christopher Madel, # 2 Affidavit of Aaron Thom)(Madel, Christopher) (Modified on 4/10/2013 – pursuant to counsel, document filed incorrectly. See 190 for corrected motion and attachments (alvsl).) (Entered: 04/10/2013) |
| 04/10/2013 | 190 | MOTION for Entry of Default as to *the Lasshofer Defendants* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Affidavit of Christopher Madel, # 2 Affidavit of Aaron Thom)(Madel, Christopher) (Entered: 04/10/2013) |
| 04/10/2013 | 191 | MOTION for Default Judgment as to *the Lasshofer Defendants* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 04/10/2013) |
| 04/12/2013 | 192 | ORDER: 1) The Lasshofer defendants, including Erwin Lasshofer personally, having been found to be in contempt of court, are sanctioned in the amount of $10,000 a day beginning April 10, 2013 and continuing until they comply with the Court's order that they place $2,180,000 in escrow in the State of Colorado, as originally ordered on June 1, 2012. 2) Because they have indicated that they will not answer the complaint or otherwise participate in the case henceforth at the district court level, motion # 190 is GRANTED. The Court enters a default against the Lasshofer Defendants. 3) Plaintiffs may set an evidentiary hearing on Motion # 191 . The Court will need evidence regarding the amount requested, and regarding the pre–judgment interest requested, before it will enter a specific monetary judgment. 4) Post–judgment interest will run from the date of judgment calculated in accordance with 28 U.S.C. § 1961 once the monetary judgment is entered. 5) At the hearing on the monetary amount the Court will also hear argument and consider any evidence submitted regarding plaintiff's request that Credit Suisse be directed to transfer funds and assets it is holding for the benefit of, on behalf of, or in the name of any of the Lasshofer defendants to the registry of the Court in partial satisfaction of the judgment. By Judge R. Brooke Jackson on 04/12/13. (alvsl) (Entered: 04/12/2013) |
| 04/12/2013 | 193 | Clerk's ENTRY OF DEFAULT pursuant to 192 Order as to Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer, by Clerk. Text Only Entry. (alvsl) (Entered: 04/12/2013) |
| 04/16/2013 | 194 | MINUTE ORDER re: 191 MOTION for Default Judgment as to *the Lasshofer Defendants* filed by Jesper Parnevik, John Niemi, Robert Naegele, III. In Court |

| | | Hearing set for 6/7/2013 at 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 04/16/2013. Text Only Entry (rbjsec, ) (Entered: 04/16/2013) |
|---|---|---|
| 04/18/2013 | 195 | Proposed Scheduling Order by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 04/18/2013) |
| 04/19/2013 | 196 | RESPONSE to 195 Proposed Scheduling Order by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 04/19/2013) |
| 04/24/2013 | 197 | STATUS REPORT *Regarding Credit Suisse AG's Participation in Discovery* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Aaron R. Thom, # 2 Exhibit 1, # 3 Exhibit 2)(Madel, Christopher) (Entered: 04/24/2013) |
| 04/25/2013 | 198 | STATUS REPORT *regarding Discovery* by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit 1)(Craigmile, Kathleen) (Entered: 04/25/2013) |
| 05/02/2013 | 199 | MINUTE ORDER: A Telephonic Status Conference is set for May 9, 2013 at 8:00 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. Counsel are directed to coordinate a conference call amongst each other and then contact the Court at (303) 844–4694. By Judge R. Brooke Jackson on 05/02/2013. Text Only Entry (rbjsec. ) (Entered: 05/02/2013) |
| 05/03/2013 | 200 | MOTION to Quash *Subpoenas Served by the Lasshofer Defendants* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 05/03/2013) |
| 05/08/2013 | 201 | RESPONSE to 200 MOTION to Quash *Subpoenas Served by the Lasshofer Defendants* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Evans, Kevin) (Entered: 05/08/2013) |
| 05/08/2013 | 202 | REPLY to Response to 200 MOTION to Quash *Subpoenas Served by the Lasshofer Defendants* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 05/08/2013) |
| 05/09/2013 | 203 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Status Conference held on 5/9/2013. ORDERED: Plaintiffs' Motion to Quash Subpoenas Served by the Lasshofer Defendants 200 is DENIED. ORDERED: The hearing currently set on June 7, 2013 at 9:00 a.m. is now set for the entire day on pending motions. Conference concluded. Court Reporter: Kara Spitler. (wjmcd, ) (Entered: 05/09/2013) |
| 05/09/2013 | 204 | LETTER from the Embassy of Switzerland, Ambassador of Switzerland, Manuel Sager. (alvsl) (Entered: 05/09/2013) |
| 05/09/2013 | 205 | TRANSCRIPT of Telephone Conference held on 5–9–13 before Judge Jackson. Pages: 1–12. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 8/12/2013. (Spitler, Kara) (Entered: 05/09/2013) |
| 05/14/2013 | 206 | MOTION to Compel *Credit Suisse to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Aaron Thom, # 2 Exhibit 1, # 3 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 05/14/2013) |

| 05/15/2013 | 207 | SUPPLEMENT/AMENDMENT to 206 MOTION to Compel *Credit Suisse to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Aaron R. Thom, # 2 Exhibit 1)(Madel, Christopher) (Entered: 05/15/2013) |
| 05/15/2013 | 208 | MOTION to Strike 206 MOTION to Compel Credit Suisse to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents by Defendant Credit Suisse AG. (Attachments: # 1 RESTRICTED – Exhibit 1)(Craigmile, Kathleen) (Modified on 5/16/2013 to restrict attachment pursuant to filer's request (alvsl).) (Entered: 05/15/2013) |
| 05/16/2013 | 209 | RESPONSE to 208 MOTION to Strike 206 MOTION to Compel *Credit Suisse to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 05/16/2013) |
| 05/17/2013 | 210 | REPLY to Response to 208 MOTION to Strike 206 MOTION to Compel *Credit Suisse to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents* filed by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 05/17/2013) |
| 05/20/2013 | 211 | MOTION in Limine *for an Order that all Factual Allegations in Plaintiffs' Amended Complaint are Deemed Proven and that the Lasshofer Defendants are Precluded from Opposing Plaintiffs' Damages Evidence* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Aaron R. Thom, # 2 Exhibit 1)(Madel, Christopher) (Entered: 05/20/2013) |
| 05/24/2013 | 212 | RESPONSE to 211 MOTION in Limine *for an Order that all Factual Allegations in Plaintiffs' Amended Complaint are Deemed Proven and that the Lasshofer Defendants are Precluded from Opposing Plaintiffs' Damages Evidence* filed by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 05/24/2013) |
| 05/28/2013 | 213 | REPLY to Response to 211 MOTION in Limine *for an Order that all Factual Allegations in Plaintiffs' Amended Complaint are Deemed Proven and that the Lasshofer Defendants are Precluded from Opposing Plaintiffs' Damages Evidence* filed by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Declaration of Aaron R. Thom, # 2 Exhibit 1)(Madel, Christopher) (Entered: 05/28/2013) |
| 05/30/2013 | 214 | MOTION to Exclude *and Objections to Plaintiffs' Designation of John Niemi as an Expert Witness and to Niemi's Opinions* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Evans, Kevin) (Entered: 05/30/2013) |
| 05/30/2013 | 215 | BRIEF *; Submission in Opposition to Plaintiffs' Request for Relief and Damages* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Evans, Kevin) (Entered: 05/30/2013) |
| 06/03/2013 | 216 | LETTER from the Embassy of Switzerland in the United States of America. (alvsl) (Entered: 06/03/2013) |
| 06/04/2013 | 217 | BRIEF *Hearing Memorandum re: Plaintiffs' Request for Order Compelling Turnover of Account Funds* by Defendant Credit Suisse AG. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Craigmile, Kathleen) (Entered: 06/04/2013) |
| 06/04/2013 | 218 | MOTION in Limine *to Preclude Credit Suisse AG from Introducing any Expert Testimony at June 7 Hearing* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: # 1 Exhibit June 4, 2013 Declaration of Aaron R. Thom, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Madel, Christopher) (Entered: 06/04/2013) |
| 06/04/2013 | 219 | NOTICE *of Compliance with Fed. R. Civ. P. 26(a)(2)* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin |

| | | Lasshofer (Attachments: #_1 Exhibit 1 – Expert Report of John M. Wilhelms)(Evans, Kevin) (Entered: 06/04/2013) |
|---|---|---|
| 06/05/2013 | 220 | RESPONSE to 217 Brief, *Plaintiffs' Response to Credit Suisse AG's Hearing Memorandum Re: Plaintiffs' Request for Order Compelling Turnover of Account Funds* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Exhibit Declaration of Aaron R. Thom, #_2 Exhibit 1)(Madel, Christopher) (Entered: 06/05/2013) |
| 06/06/2013 | 221 | RESPONSE to 218 MOTION in Limine *to Preclude Credit Suisse AG from Introducing any Expert Testimony at June 7 Hearing* filed by Defendant Credit Suisse AG. (Craigmile, Kathleen) (Entered: 06/06/2013) |
| 06/06/2013 | 222 | RESPONSE to 214 Brief, 214 MOTION to Exclude *and Objections to Plaintiffs' Designation of John Niemi as an Expert Witness and to Niemi's Opinions* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Declaration of Aaron R. Thom, #_2 Exhibit 1)(Madel, Christopher) (Entered: 06/06/2013) |
| 06/06/2013 | 223 | REPLY to 215 Brief, *In Support of Submission in Opposition to Plaintiffs' Request for Relief and Damages* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: #_1 Exhibit 1)(Evans, Kevin) (Entered: 06/06/2013) |
| 06/07/2013 | 224 | MINUTE ENTRY for prMotion Hearing held before Judge R. Brooke Jackson on 6/7/2013. Granting 191 Motion for Default Judgment; Denying 206 Motion to Compel; Denying 208 Motion to Strike ; Denying 211 Motion in Limine; Denying 214 Motion to Exclude; Denying 218 Motion in Limine. The Court enters judgment in favor of the Plaintiffs and against Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. Court Reporter: Kara Spitler. (lag) (Entered: 06/10/2013) |
| 06/10/2013 | 225 | NOTICE *of Proposed Order for Warrant* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik (Attachments: #_1 Proposed Document)(Miller, Robert) (Entered: 06/10/2013) |
| 06/11/2013 | 226 | DEFAULT JUDGMENT in favor of Jesper Parnevik, John Niemi, Robert Naegele, III against Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer in the total amount of $61,692,492.00 re: 224 Courtroom Minutes. It is further ORDERED that pre–judgment interest and attorney's fees are waived; post–judgment interest shall accrue on the amounts awarded in this matter at the legal rate of.14% per annum from the date of entry of judgment. It is further ORDERED that Counts Five and Twelve with respect to Mr. Lasshofer and the Innovatis Defendants are severed, pursuant to Fed. R. Civ. P. 54(b). It is further ORDERED that Claim #17 for relief is DISMISSED; Defendant Credit Suisse AG, however, will remain in the case in order for the Plaintiffs to pursue the Hague Convention with respect to discovery. By Edward P. Butler, Deputy Clerk on 06/11/13. (alvsl) (Entered: 06/11/2013) |
| 06/11/2013 | 227 | RESPONSE to 225 Notice (Other) by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Evans, Kevin) (Entered: 06/11/2013) |
| 06/11/2013 | 228 | MOTION for Entry of Judgment under Rule 54(b) *for this Court to Treble Damages Pursuant to Their Fifth Claim for Relief and to Enter Judgment that will be Enforceable Abroad* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Proposed Order (PDF Only))(Madel, Christopher) (Entered: 06/11/2013) |
| 06/12/2013 | 229 | REPLY to 227 Response *of Lasshofer Defendants to 225 Notice of Proposed Order* by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Madel, Christopher) (Entered: 06/12/2013) |
| 06/12/2013 | 230 | DECLARATION of Aaron R. Thom in support of 229 Reply to the Lasshofer Defendants' Response to Notice of Proposed Order by Plaintiffs Robert Naegele, III, John Niemi, Jesper Parnevik. (Attachments: #_1 Exhibit 1)(Thom, Aaron) (Modified on 6/12/2013 to create link to reply brief (alvsl).) (Entered: 06/12/2013) |

| 06/13/2013 | <u>231</u> | TRANSCRIPT of Hearing on Plaintiffs' Motion for Default Judgment held on 6–7–13 before Judge Jackson. Pages: 1–213. \<br>**\<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.\<br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 9/16/2013. (Spitler, Kara) (Entered: 06/13/2013) |
|---|---|---|
| 06/14/2013 | <u>232</u> | Unopposed MOTION to Supplement *the Record to add Exhibit 24* by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer. (Attachments: #<u>1</u> Exhibit 24)(Evans, Kevin) (Entered: 06/14/2013) |
| 06/17/2013 | <u>233</u> | NOTICE OF APPEAL as to <u>226</u> Default Judgment,,, by Defendants Innovatis Asset Management SA, Innovatis GMBH, Innovatis Immobilien GMBH, Erwin Lasshofer (Filing fee $ 455, Receipt Number 1082–3408506) (Evans, Kevin) (Entered: 06/17/2013) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Courtroom Deputy: Laura Galera            Date: June 7, 2013
Court Reporter:     Kara Spitler

---

Civil Action No. 12-cv-00869-RBJ

*Parties*:                                *Counsel*:

JOHN NIEMI,                               Christopher Madel
ROBERT NAEGELE, III, and                  Robert Miller
JESPER PARNEVIK,                          Aaron Thom

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,                    Phillip Douglass and Kevin Evans
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY
INVESTMENTS, LLC,
BARRY FUNT,
CREDIT SUISSE AG,                         Kathleen Craigmile and Julie North

      Defendants.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**Court in session:**     **9:02 a.m.**

Appearances of counsel.

Opening remarks by the Court.

Defendant Credit Suisse AG's witness, Lorence Erni, called and sworn.

Appellate Case: 13-1256   Document: 01019074529   Date Filed: 06/18/2013   Page: 31

9:07 a.m.        Direct examination of Mr. Erni by Ms. Craigmile.

Defendant Credit Suisse AG's Exhibits A-E are ADMITTED.

9:39 a.m.        Cross examination of Mr. Erni by Mr. Madel.

**9:55 a.m.        Court in recess.**
**10:08 a.m.        Court in session.**

Continued cross examination of Mr. Erni by Mr. Madel.

10:15 a.m.        Cross examination of Mr. Erni by Mr. Evans.

10:17 a.m.        Court questions the witness.

Witness excused.

10:21 a.m.        Argument by Ms. Craigmile.

10:26 a.m.        Argument by Mr. Madel.

Mr. Erni recalled to the stand.

10:36 a.m.        Court questions the witness.

10:43 a.m.        Mr. Madel questions Mr. Erni.

Witness excused.

10:51 a.m.        Argument by Mr. Miller.

10:53 a.m.        Argument by Ms. Craigmile.

10:54 a.m.        Court questions Mr. Miller.

Plaintiffs' witness, John Niemi, called and sworn.

11:02 a.m.        Direct examination of Mr. Niemi by Mr. Miller.

**11:30 a.m.        Court in recess.**
**1:46 p.m.        Court in session.**

Continued direct examination of Mr. Niemi by Mr. Miller.

| | |
|---|---|
| 1:59 p.m. | Cross examination of Mr. Niemi by Ms. Craigmile. |
| 2:01 p.m. | Cross examination of Mr. Niemi by Mr. Evans. |
| 3:00 p.m. | Redirect examination of Mr. Niemi by Mr. Miller. |
| 3:11 p.m. | Recross examination of Mr. Niemi by Mr. Evans. |
| 3:12 p.m. | Court questions the witness. |

**3:27 p.m.      Court in recess.**
**3:43 p.m.      Court in session.**

Defendants' (Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A.) witness, John Wilhelms, called and sworn.

| | |
|---|---|
| 3:43 p.m. | Direct examination of Mr. Wilhelms by Mr. Evans. |
| 4:11 p.m. | Cross examination of Mr. Wilhelms by Mr. Madel. |

Plaintiffs' Exhibits 1-13 are ADMITTED.

Defendants' (Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A.) Exhibits 1-23 are ADMITTED.

| | |
|---|---|
| 4:19 p.m. | Argument by Mr. Miller. |
| 4:23 p.m. | Argument by Mr. Evans. |

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiffs' Motion for Default Judgment Against the Lasshofer Defendants #[191] is GRANTED.

**ORDERED:**   Plaintiffs' Motion to Compel Credit Suisse AG to Respond to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents #[206] is DENIED.

**ORDERED:**   Credit Suisse AG's Motion to Strike Plaintiffs' Motion to Compel (Doc. 206) #[208] is DENIED.

**ORDERED:**   Plaintiffs' Motion in Limine for an Order That All Factual Allegations in Plaintiffs' Amended Complaint are Deemed Proven and That the Lasshofer Defendants are Precluded from Opposing Plaintiffs' Damages Evidence #[211] is

DENIED.

**ORDERED:**  Objections of Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. to Plaintiffs' Designation of John Niemi as an Expert Witness and to Niemi's Opinions, and Motion to Exclude Same #[214] is DENIED.

**ORDERED:**  Plaintiffs' Motion in Limine to Preclude Credit Suisse AG from Introducing Any Expert Testimony at June 7 Hearing #[218] is DENIED.

**ORDERED:**  The Court enters judgment in favor of the Plaintiffs and against Defendants Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, and Innovatis Asset Management, S.A. in the amount of $61,692,492.  Prejudgment interest and attorney's fees are waived.  Post judgment interest will accrue at the statutory rate on that amount until it is fully satisfied.

**ORDERED:**  Court severs Counts Five and Twelve with respect to Mr. Lasshofer and the Innovatis Defendants pursuant to 54B.

**ORDERED:**  Claim #17 for relief is DISMISSED.  However, Defendant Credit Suisse AG will remain in the case in order for the Plaintiffs to pursue the Hague Convention with respect to discovery.

 The Court will issue a bench warrant against Mr. Lasshofer once Plaintiffs' counsel submits the proposed warrant.

**Court in recess:**        **5:07 p.m.**

Hearing concluded.

Total time:      05:20

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00869-RBJ

JOHN NIEMI,
ROBERT NAEGELE, III, and
JESPER PARNEVIK

      Plaintiffs,

v.

MICHAEL FRANK BURGESS,
ERWIN LASSHOFER,
INNOVATIS GMBH,
INNOVATIS IMMOBILIEN GMBH,
INNOVATIS ASSET MANAGEMENT SA,
LEXINGTON CAPITAL & PROPERTY INVESTMENTS, LLC,
BARRY FUNT and
CREDIT SUISSE AG,

      Defendants.

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the oral ruling at the June 7, 2013 hearing of Judge R. Brooke

Jackson [see Courtroom Minutes, entered on June 7, 2013], it is

ORDERED that default judgment is hereby entered in favor of Plaintiffs John

Niemi, Robert Naegele, III and Jesper Parnevik and against Defendants Erwin

Lasshofer, Innovatis GMBH, Innovatis Immobilien GMBH, Innovatis Asset Management

S.A. in the total amount of $61,692,492.00.  It is further

ORDERED that prejudgment interest and attorney's fees are waived; post-

judgment interest shall accrue on the amounts awarded in this matter at the legal rate of .14% per annum from the date of entry of judgment.  It is further

ORDERED that Counts Five and Twelve with respect to Mr. Lasshofer and the Innovatis Defendants are severed, pursuant to Fed. R. Civ. P. 54(b).  It is further

ORDERED that Claim #17 for relief is DISMISSED; Defendant Credit Suisse AG, however, will remain in the case in order for the Plaintiffs to pursue the Hague Convention with respect to discovery.


Dated at Denver, Colorado this 11th day of June, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/Edward P. Butler
_____

Edward P. Butler
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### Civil Action No.: 12-CV-869-RBJ

JOHN NIEMI,                                           )
ROBERT NAEGELE, III, and                             )
JESPER PARNEVIK,                                      )
                                                      )
          Plaintiffs,                                 )
                                                      )
v.                                                    )          **NOTICE OF APPEAL**
                                                      )
MICHAEL FRANK BURGESS,                                )
ERWIN LASSHOFER,                                      )
INNOVATIS GmbH,                                       )
INNOVATIS IMMOBILIEN GmbH,                            )
INNOVATIS ASSET MANAGEMENT, S.A.,                     )
LEXINGTON CAPITAL & PROPERTY                          )
INVESTMENTS, LLC, and                                 )
BARRY FUNT,                                           )
                                                      )
          Defendants,                                 )
                                                      )
and                                                   )
                                                      )
CREDIT SUISSE AG,                                     )
                                                      )
          Nominal Defendant.                          )

Notice is hereby given that Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH and Innovatis Asset Management, S.A., defendants in the above-entitled case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order granting Default Judgment and damages, Document No. 226, dated June 11, 2013.

Date: June 17, 2013.                Respectfully submitted,

                                                   *s/Kevin D. Evans*
                                        By:   _____
                                                   Kevin D. Evans
                                                   Phillip L. Douglass
                                                   STEESE, EVANS & FRANKEL, P.C.
                                                   6400 S. Fiddlers Green Circle
                                                   Suite 1820
                                                   Denver, Colorado 80111
                                                   Telephone:   720.200.0676
                                                   Facsimile:   720.200.0679
                                                   Email:          kdevans@s-elaw.com
                                                                       pdouglass@s-elaw.com

                                                   Attorneys for Defendants
                                                   ERWIN LASSHOFER, INNOVATIS GMBH,
                                                   INNOVATIS IMMOBILIEN GMBH, INNOVATIS
                                                   ASSET MANAGEMENT, S.A.

2

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2013, I caused the foregoing **NOTICE OF APPEAL** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the electronic filing to the following attorneys of record:

Robert N. Miller
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400
Email:        rmiller@perkinscoie.com
                 sdunn@perkinscoie.com

Christopher W. Madel
Bruce D. Manning
Aaron R. Thom
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:  612.349.8500
Facsimile:  612.339.4181
Email:        cwmadel@rkmc.com
                 bdmanning@rkmc.com
                 athom@rkmc.com

Kathleen E. Craigmile
Jeffrey H. McClelland
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street
Suite 3500
Denver, CO 80202
Telephone:  303.629.5200
Facsimile:   303.629.5718
Email:        kec@benningtonjohnson.com
                   jmc@benningtonjohnson.com

Julie North
Justine Beyda
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
39th Floor
New York, NY 10019-7475
Telephone:  212.474.1000
Facsimile:   212.474.3700
Email:        jnorth@cravath.com
                   jbeyda@cravath.com

*s/Theresa Baksay*
_____
Theresa Baksay