# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| John Niemi, Robert Naegele, LLL, and Jesper Parnevik<br><br>v.<br><br>Michael Frank Burgess, Erwin Lasshofer, Innovatis GmbH, Innovatis Immobilien GmbH, Innovatis Asset Management, S.A., Lexington Capital & Property Investments, LLC, and Berry Funt | Case No. 13-1256 |

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Credit Suisse, AG, nominal defendant in the underlying civil action.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Kathleen E. Craigmile<br>Name of Counsel | Jeffery H. McClelland<br>Name of Counsel |
| | |
| */s/ Kathleen E. Craigmile*<br>Signature of Counsel | */s/ Jeffery H. McClelland*<br>Signature of Counsel |
| | |
| Bennington Johnson Biermann & Craigmile, LLC<br>370 17th Street, Suite 3500<br>Denver, Colorado 80202<br>(303) 629-5200<br>Mailing Address and Telephone Number | Bennington Johnson Biermann & Craigmile, LLC<br>370 17th Street, Suite 3500<br>Denver, Colorado 80202<br>(303) 629-5200<br>Mailing Address and Telephone Number |
| | |
| kec@benningtonjohnson.com<br>E-Mail Address | jhm@benningtonjohnson.com<br>E-Mail Address |

I hereby certify that a copy of this **Entry of Appearance** was served on this 2nd day of July 2013 via CM/ECF to:

Kevin D. Evans, Esq.
Phillip L. Douglass, Esq.
Steese, Evans & Frankel, PC
6400 S. Fiddlers Green Circle, Suite 1820
Denver, CO 80111
kdevans@s-elaw.com
pdouglass@selaw.com

Robert N. Miller, Esq.
Perkins Coie, LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
rmiller@perkinscoie.com

Christopher W. Madel, Esq.
Bruce D. Manning, Esq.
Aaron R. Thom, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN 55402
cwmadel@rkmc.com
bdmanning@rkmc.com
arthom@rkmc.com

Julie Anne North
Justine Victoria Beyda
Cravath Swaine & Moore, LLP
825 Eighth Avenue, 39th Floor
New York, NY 10019-7475
jnorth@cravath.com
jbeyda@cravath.com

                                        */s/ Sabrina D. Johnston*
                                        Sabrina D. Johnston